

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re Steven Broomfield and Lisa
Broomfield

No. 06-25-00135-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and
Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find that Relators are not entitled to the relief sought. Therefore, we deny the petition.

RENDERED DECEMBER 22, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk